UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 20-1537(DSD/LIB)

William Watson,

        Petitioner,

v.                            **ORDER**

State of Minnesota, et al.,

        Respondents.

     This matter is before the court upon the report and recommendation of United States Magistrate Leo I. Brisbois dated February 18, 2021. Neither party has filed objections to the R&R in the time period permitted. Based on the R&R and the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

     1.   The report and recommendation [ECF No. 6] is adopted in its entirety;

     2.   This case is dismissed without prejudice; and

     3.   No certificate of appealability be issued.

Dated: March 16, 2021                      s/David S. Doty
                                              David S. Doty, Judge
                                              United States District Court